IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY WAYNE HUFFMAN, | § | |
| (TDCJ-CID #1188783) | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-06-0308 |
| | § | |
| LANNETTE C. LINTHICUM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on January 29, 2009.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE